JUDGE JOHNSTON
MAGISTRATE JUDGE IASPARRO

FILED
2/12/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. **26CR50006** |
|---|---|---|
| vs. | ) | |
| SHONDRA MCLARTY | ) | Violation: Title 18, United States Code, Section 1343 |

### INFORMATION

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

   a. Defendant SHONDRA MCLARTY was the Treasurer of the Tumbling and Acro Boosters Club ("TAB").

   b. The mission of TAB was to facilitate and promote the activities of the Gymnastic Academy of Rockford ("GAR"), an organization that offers gymnastics and tumbling training to children.

   c. As the Treasurer of TAB, defendant SHONDRA MCLARTY had sole charge and custody of TAB's two business bank accounts.

   d. As the Treasurer of TAB, defendant SHONDRA MCLARTY was responsible for paying for authorized TAB or GAR business expenses and depositing all business income to one of TAB's business bank accounts.

   e. As the Treasurer of TAB, defendant SHONDRA MCLARTY owed a fiduciary duty to TAB.

2. Beginning on or about May 8, 2023, and continuing to on or about February 23, 2024, in the Northern District of Illinois, Western Division, and

elsewhere,

## SHONDRA MCLARTY

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud TAB, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as further described below.

3. It was part of the scheme that defendant fraudulently used TAB's business debit card for personal expenses.

4. It was further part of the scheme that defendant fraudulently withdrew cash from TAB's business bank accounts to use for personal expenses.

5. It was further part of the scheme that defendant fraudulently caused TAB to issue business checks to herself for personal use.

6. It was further part of the scheme that defendant fraudulently retained TAB fees or dues that defendant accepted but did not deposit into TAB's business bank accounts.

7. It was further part of the scheme that defendant misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence of the scheme, the purposes of the scheme, and acts done in furtherance of the scheme.

8. On or about November 10, 2023, in the Northern District of Illinois, Western Division, and elsewhere,

## SHONDRA MCLARTY

defendant herein, for the purpose of executing the scheme, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, a payment to Apple Vacations of approximately $400 using the TAB business debit card to partially pay for a vacation to Cancún, Mexico;

    In violation of Title 18, United State Code, Section 1343.

*Andrew S. Boutros* by *James Ma*
UNITED STATES ATTORNEY